1
2
3
4
5

JORDAN LAW GROUP
PATRICK W. JORDAN (Bar No. 52115)
pwj@pjordanlaw.com
CHRISTOPHER J. OHLSEN (Bar No. 236475)
cjo@pjordanlaw.com
1010 "B" Street, Suite 320
San Rafael, California 94901
Telephone:  (415) 459-9865
Fax:  (415) 459-9871

6
7

Attorneys for Plaintiff
MEDIC AMBULANCE SERVICE INC.

8      UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA

10     SACRAMENTO DIVISION

11
12
13
14
15
16

| MEDIC AMBULANCE SERVICE INC., | Case No. |
| Plaintiff, | **PLAINTIFF"S COPORATE DISCLOSURE STATEMENT** |
| v. | |
| UNITED EMS WORKERS, AFSCME LOCAL 4911, | |
| Defendant. | |

17
18
19
20

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff MEDIC AMBULANCE SERVICE INC certifies that no parent corporation or publicly held corporation owns more than 10% of its stock.

21
22      Dated: September 7, 2017          Jordan Law Group

23
24                                        By: _Patrick W. Jordan_
                                          Patrick W. Jordan
25                                        Attorneys for Plaintiff Medic Ambulance Services
                                          Inc.
26
27
28

1

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**