JORDAN LAW GROUP
PATRICK W. JORDAN (Bar No. 52115)
pwj@pjordanlaw.com
1010 "B" Street, Suite 320
San Rafael, California 94901
Telephone: (415) 459-9865
Fax: (415) 459-9871

Attorneys for Plaintiff
MEDIC AMBULANCE SERVICE INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MEDIC AMBULANCE SERVICE INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED EMS WORKERS, AFSCME LOCAL 4911, <br><br> Defendant. | **Case No. 2:17-cv-01859-KJM-KJN** <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO VACATE ARBITRATION AWARD** <br><br> Date: October 20, 2017 <br> Time: 10:00 A.M. <br> Courtroom: 3, 15th floor <br> Judge: Kimberly J. Mueller <br><br> Petition to Vacate Filed: September 7, 2017 |

**TO DEFENDANT UNITED EMS WORKERS, AFSCME LOCAL 4911:**

**PLEASE TAKE NOTICE** that on Friday October 20, 2017 at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 3 of this Court, located at Robert T. Matsui United States Courthouse, 501 I Street, CA 95814, Plaintiff MEDIC AMBULANCE SERVICE INC. will and hereby does move for an order vacating the award issues by Arbitrator Portia Igarashi on June 11, 2017.

Plaintiff's motion is made on the grounds that the arbitration violated the plain language of the parties' collective bargaining agreement, and as such, exceeded the Arbitrator's authority.

This motion will be based upon this Notice of Motion, Plaintiff's Memorandum of Points

1

1  and Authorities, the records on file in this case and upon such further evidence and argument as
2  may be presented at the hearing on this motion.

3
4  Dated: September 9, 2017                    JORDAN LAW GROUP

5                                              By: /S/ Patrick W. Jordan
                                                Attorney for Medic Ambulance Service Inc.

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO VACATE ARBITRATION AWARD, Case No. 2:17-cv-01859-KJM-KJN**

# PROOF OF SERVICE

**RE: Medic Ambulance Services v. United EMS Workers, AFSCME, Local 4911
Case No. 2:17-CV-01859-KJM-KJN**

**I, CHRISTOPHER J. OHLSEN declare that**

I am employed in the County of San Rafael, State of California, I am over the age of eighteen years and not a party to the within entitled action. My business address is 1010 B St., Ste 320, San Rafael, CA 94901

On September 9, 2017, I caused the following:

- **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO VACATE ARBITRATION AWARD**
- **MEMORANDUM OF POINTS AND AUHTROITIES IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE ARBITRATION AWARD**
- **DECLARATION OF PATRICK W. JORDAN IN SUPORT OF MOTION TO VACATE ARBITRATION AWARD**

to be ECF filed on the interested party in said case and delivered to Western Attorney Services for service by hand delivery on September 11, 2017 to:

United EMS Workers, AFSCME, Local 4911
7275 National Dr., Unit F
Livermore, CA 94550

Manuel A Boigues
Weinberg Roger& Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California.

Date: September 9, 2017                                    By:  /S/ Christopher J. Ohlsen